UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-00126-LJM-KPF-1 |
| | ) | |
| CAROL Y. WOODARD, | ) | |
| Defendant. | ) | |

### ORDER ON PLAINTIFF'S MOTION TO REINSTATE JURY

On January 13, 2011, Defendant, Carol Y. Woodard, moved to reinstate jury. Dkt. No. 87. Having heard and considered both Defendant's motion and the government's briefing on the issue [dkt. no. 86] the Court **GRANTS** Defendant's motion.

IT IS SO ORDERED this 16th day of May, 2011.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Richard Mark Inman
ATTORNEY AT LAW
markinman13@aol.com

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov

Bradley Paul Shepard
UNITED STATES ATTORNEY'S OFFICE
brad.shepard@usdoj.gov